# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

CARMEN M. MILLER  PLAINTIFF
ADC #712565

V.  NO: 4:15CV00024 SWW/JWC

ARKANSAS DEPARTMENT OF
HEALTH AND HUMAN SERVICES *et al*  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan W. Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

### DISPOSITION

On June 16, 2015, Plaintiff filed a motion to voluntarily dismiss and seal her case (docket entry #20). For good cause shown, the motion should be granted to the extent that Plaintiff's complaint should be dismissed. Because personal information contained in Defendant's motion to

dismiss and supporting brief has already been filed, and will remain, under seal, there is no need to seal the other case filings.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's motion to voluntarily dismiss her complaint (docket entry #20) be granted to the extent that Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2. The motion be denied as to sealing any part of the case that is not already sealed, but the filings which have been sealed should remain under seal.

3. All other pending motions be DENIED AS MOOT.

4. The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 22nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE