# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

CARMEN M. MILLER                                                                              PLAINTIFF
ADC #712565

V.                                        NO: 4:15CV00024 SWW

ARKANSAS DEPARTMENT OF
HEALTH AND HUMAN SERVICES *et al*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's motion to voluntarily dismiss her complaint (docket entry #20) is granted to the extent that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.  The motion is denied as to sealing any part of the case that is not already sealed, but the filings which have been sealed must remain under seal.

3.  All other pending motions are DENIED AS MOOT.

4.  The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 10th day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE