**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CARMEN M. MILLER                                                                                    PLAINTIFF
ADC #712565

V.                                      NO: 4:15CV00024 SWW

ARKANSAS DEPARTMENT OF
HEALTH AND HUMAN SERVICES *et al*                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 10th day of July, 2015.

                                                                        */s/Susan Webber Wright*

                                                                        UNITED STATES DISTRICT JUDGE